THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br> Plaintiffs, <br><br> v. <br><br> ROADWAY CONSTRUCTION, INC., a Washington corporation, <br> Defendant. | NO.   C18-00966-RSM <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COME NOW Plaintiffs, by and through their attorneys, and hereby give notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this _10th_ day of January, 2019.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – C18-00966-RSM
Page 1 of 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925